**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMADO F. CANO,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>        Defendant. | NO. CV 14-4397-E<br><br><br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED: January 26, 2015.

                                                                 _____/S/_____
                                                                         CHARLES F. EICK
                                                     UNITED STATES MAGISTRATE JUDGE